UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 21-2664 MWF (JPRx)** | Date: May 27, 2021 |
| Title **T.J. Trading, Inc. v. Kerry Freight (USA) Incorporated, et al.** | |

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 26, 2021. (Docket No. 1). On April 5, 2021, Plaintiff filed a Proof of Service of Summons and Complaint upon Defendant Kerry Freight (USA) Incorporated ("POS"). (Docket No. 8). On April 16, 2021, Defendant Kerry Freight (USA) Incorporated ("Kerry Freight") filed a Stipulation extending the time within which it had to respond to the Complaint, to May 21, 2021. (Docket No. 9). No response to the Complaint or stipulation for an additional extension have been filed.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 11, 2021**.

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **June 11, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm