UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.	2:21-cv-02664-MWF-JPR	Dated: November 12, 2021

Title:	T.J. Trading, Inc. v. Kerry Freight (USA) Incorporated et al

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):	COURT ORDER

In light of the Notice of Settlement filed November 4, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for February 14, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90	Initials of Deputy Clerk ___rs___
CIVIL - GEN