JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J. TRADING, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>KERRY FREIGHT (USA) INCORPORATED; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.: CV 21-2664-MWF (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS**<br><br>Action Filed: March 29, 2021 |

      Based on the stipulation of counsel and the records and files in this case, IT IS ORDERED that this case be dismissed with prejudice and with each party to bear its own attorney's fees and costs.

DATED this 17th day of November, 2021.

_____
MICHAEL W. FITZGERALD
United States District Judge